Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) NO. 3:20-cv-05973-BHS |
| Plaintiff, | ) ) **NOTICE OF RELATED CASE** |
| vs. | ) ) |
| SYKED PERFORMANCE ENGINEERING, LLC, a Washington limited liability company, | ) ) ) |
| Defendant. | ) |

PURSUANT TO LCR 3(g), plaintiff provides notice of a related case as follows:

In the United States District Court for the Western District of Washington, Case No. 3:17-cv-05760-BHS, an action is pending wherein HP Tuners, LLC is the plaintiff and Kevin Sykes-Bonnett, Syked ECU Tuning Incorporated, and John Martinson are the defendants.  The presiding judge in that case is the Honorable Benjamin H. Settle.  The claims asserted in each case are identical, and plaintiff contends in this case that the defendant is liable as a successor to Syked ECU Tuning Incorporated.

Dated this 5th day of October, 2020.

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572

NOTICE OF RELATED CASE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
E-mail:  sgl@hpl-law.com

Andrew P. Bleiman
(admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com

Attorneys for Plaintiff HP Tuners, LLC

NOTICE OF RELATED CASE - 2