HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>SYKED PERFORMANCE ENGINEERING, LLC, a Washington limited liability company,<br><br>    Defendant. | CASE NO. 3:20-cv-05973-BHS<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff HP TUNERS, LLC hereby certifies that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated this 5th day of October, 2020.

RESPECTFULLY SUBMITTED,

*s/ Andrew P. Bleiman*
Andrew P. Bleiman
(admitted *pro hac vice*)
Marks & Klein, LLP
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
E-mail: andrew@marksklein.com

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT – page 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1
2  Stephen G. Leatham, WSBA #15572
   211 E. McLoughlin Boulevard, Suite 100
3  Vancouver, WA 98663
   Telephone: (360) 750-7547
4  Fax: (360) 750-7548
   E-mail: sgl@hpl-law.com
5
   *Attorneys for HP Tuners, LLC*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT – page 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547